UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
COURT FILE NO.: 10-CV-00514

| | |
|---|---|
| KARL R. STUDENROTH JR., <br><br> Plaintiffs, <br><br> v. <br><br> GC SERVICES LIMITED PARTNERSHIP, <br><br> Defendants. | |

## NOTICE OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff states as follows:

1. Plaintiff filed a Complaint in the above captioned case on December 9, 2010.
2. Defendant has not filed an answer or a motion for summary judgment.

Plaintiff hereby dismisses this matter, with prejudice, and without costs.

Dated this the 17th day of March, 2011.

Martin S. Lewis, FL Bar # 0100587
Steven D. Jurnovoy, FL Bar # 938221
Brooke E. Sanchez, FL Bar # 026860
Attorney for Plaintiff

**OF COUNSEL:**
Lewis & Jurnovoy, P.A.
1100 North Palafox Street
Pensacola, FL 32501
Telephone (850) 432-9110
Facsimile (850) 433-8794
Email: landj@4-debtor.com

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Notice of Dismissal on those listed below has been submitted by either electronic mail or by first class mail, postage prepaid on this the 17th day of March.

_____
OF COUNSEL

Carlos A. Ortiz, Esq.
222 N LaSalle Street, Ste. 300
Chicago, IL 60601