UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

KARL R STUDENROTH JR

    VS                                         CASE NO.  3:10cv514-MCR/EMT

GC SERVICES LIMITED
PARTNERSHIP

**CLERK'S DISMISSAL**

Upon VOLUNTARY DISMISSAL filed herein, pursuant to Rule 41(a)(1), Federal Rules of Civil Procedure, it is

ORDERED AND ADJUDGED that the foregoing entitled cause be, and the same hereby is, dismissed with prejudice.

                                    Jessica J. Lyublanovitz, Clerk of Court

| | |
|---|---|
| March 18, 2011 | /s/Donna Bajzik |
| DATE | Deputy Clerk: Donna Bajzik |